
FILED
JUL 24 2018
CENTRAL DISTRICT OF ...

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Norberto Medina Limon DEFENDANT(S). | CASE NUMBER 18 MJ - 1888 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Thursday July 26_, _2018_, at _11:00_ ☒a.m. / ☐p.m. before the Honorable _Charles Eick_, in Courtroom _750_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _7/24/18_    _____
U.S. District Judge/Magistrate Judge